ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
TAMARA WAREKA p/k/a TAMARA
WILLIAMS,

             Plaintiff,

                             24 Civ. 2059 (LLS)

   - against -

                             ORDER

LE KITSUNE LLC and DOES
1 through 10 inclusive,

             Defendants.
- - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated: New York, New York
       August 8, 2024

                                         Louis L. Stanton
                                         LOUIS L. STANTON
                                         U.S.D.J.